DISTRICT OF OREGON
**FILED**
**February 01, 2013**
**Clerk, U.S. Bankruptcy Court**

IT IS ORDERED AND NOTICE IS GIVEN that unless within 23 days of the date in the FILED stamp above an interested party BOTH: (1) files a written objection to the Motion below, SETTING FORTH the specific grounds for such objection, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with 3 or 4, at 1001 SW 5th Ave. #700, Portland OR 97204; OR, if it begins with a 6 or 7, at 405 E 8th Ave #2600, Eugene OR 97401), AND (2) serves a copy on the movant and any attorney for the movant at the service address(es) below, the movant will thereafter settle and compromise the matter upon the terms below and the settlement will be deemed approved without further order.

Trish M Brown
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | |
| **Arnica Publishing Inc.** | ) | Case No. **11-40925-tmb7** |
| | ) | |
| | ) | MOTION AND NOTICE OF INTENT |
| | ) | TO SETTLE AND COMPROMISE, |
| | ) | **AND ORDER THEREON** |
| Debtor(s) | ) | |

The undersigned trustee, **Amy Mitchell**, moves to settle and compromise the following described dispute upon the following terms:

**The Trustee proposes to enter into a Joint Prosecution and Settlement Agreement (the "Agreement") with Duncan Robertson, Dave Newton, and any other similarly situated individual creditors who agree to its terms (the "Creditor Group"). The individuals in the Creditor Group loaned the Debtor substantial sums specifically intended to fund the Debtor's project to publish and sell to Costco Wholesale Corporation a McCormick & Schmick's Cookbook/Gift Card/DVD package for the 2008 holiday season (the "2008 Costco Project"). McCormick & Schmick's Seafood Restaurants, Inc. and/or its affiliate(s) ("M&S") allegedly misappropriated the 2008 Costco Project and its proceeds from the Debtor for little or no consideration. Then, in 2009, M&S purportedly obtained a global release from the Debtor of any and all claims against M&S, again for no consideration (the "Release").**

**The Trustee, on behalf of the Estate, and the Creditor Group believe that they have valuable claims against M&S, including but not limited to claims arising from the 2008 Costco Project and the Release, and possibly additional valuable claims arising out of or related to the 2008 Costco Project and the Release that may be asserted against other parties (collectively the "Claims"). The Trustee contends that the claims of the Estate are broader and more expansive than the claims of the Creditor Group and, as a result of the Debtor's bankruptcy case, supersede the Creditor Group's claims. However, the Estate does not have the funds to effectively prosecute the Claims. Therefore, the Trustee and the Creditor Group wish to settle the dispute and "pool" and jointly prosecute the Claims. Accordingly, in exchange for a non-refundable payment of $15,000 to the Estate (receipt of which is hereby acknowledged); paying the greater of the first $25,000 or 10% of any net recovery**

 *** CONTINUED ON NEXT PAGE ***

###

DATE: _____   _____
                                                              Trustee

Service Address: _____

_____

Name of Attorney for Trustee: _____

Service Address: _____

_____