United States Bankruptcy Court
District of Oregon

In re:                                                          Case No. 11-40925-tmb
Arnica Publishing, Inc.                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3        User: rick           Page 1 of 5         Date Rcvd: Feb 01, 2013
                           Form ID: pdf018       Total Noticed: 158

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2013.
```
db          #+Arnica Publishing, Inc.,   3880 SE Eighth Ave., Suite 110,   Portland, OR 97202-3772
99646598     +1 and 1 Internet, Inc.,    701 Lee Road, Suite 300,   Chesterbrook, PA 19087-5612
99646604     +ASA,   2801 NE 50th Street,   Oklahoma City, OK 73111-7203
99646605     +AT & T,   PO Box 6416,   Carol Stream, IL 60197-6416
99646696     +Aaron Nepple,   220 SW 131st Ave.,   Beaverton, OR 97005-0648
99646651     +Aimee Genter,   5242 N. Denver Ave.,   Portland, OR 97217-3805
99646599     +American Express,   PO Box 981532,   El Paso, TX 79998-1532
99646600     +American Property Management,   2154 NE Broadway, Suite 200,   Portland, OR 97232-1561
99646601     +American Property Mangement, Corp.,   2154 NE Broadway, Suite 200,   Portland, OR 97232-1561
99646609     +Bank of America,   PO Box 15710,   Wilmington, DE 19886-5710
99646610     +Bank of America,   PO Box 982238,   El Paso, TX 79998-2238
99646607     +Bank of America,   PO Box 301200,   Los Angeles, CA 90030-1200
100006156    +Bankruptcy Estate of Hawkins/Vines Case 12-33561,   Peter McKittrick, Trustee,
               515 NW Saltzman Rd, PMB 917,   Portland, OR 97229-6098
99646611     +Baraka Visions Photography,   1009 SE 190th Ave.,   Portland, OR 97233-5901
99646692     +Barbara Miller,   2780 Beacon Hill Drive,   West Linn, OR 97068-3687
99646612     +Beam Global,   277 Buckskin Street,   Henderson, NV 89074-4269
99646699      Benjamin Opsahl,   1618 SW 36th Ave.,   Portland, OR 97214
99646614     +Book Designers,   769 Cenbert Blvd. #22,   Fairfax, CA 94930-1764
99646615     +BookPrinters Network,   15561 SE Green Hills Ct.,   Happy Valley, OR 97086-5802
99646653     +Brenda Gunderson,   216 E. Virginia St.,   Stayton, OR 97383-1753
99646616     +Brown Forman,   6200 Stoneridge Mall Rd., #300,   Pleasanton, CA 94588-3705
99935382     +Bureau of Labor & Industries,   Margaret Pargeter,   1400 Executive Parkway #200,
               Eugene OR 97401-7103
99646618     +Bureau of Labor and Industries,   800 NE Oregon St.,   Portland, OR 97232-3601
99646622     +CH Robinson Worldwide, Inc.,   PO Box 9121,   Minneapolis, MN 55480-9121
99646717     +Charles Price,   5842 Ballymeade St. SE,   Salem, OR 97306-9016
99646623     +Cher Paul,   Indexing and Editing Services,   8558 N. Allegheny Ave.,   Portland, OR 97203-3105
99646625     +Chris Guillen Photography,   7451 W. Madison,   Forest Park, IL 60130-1596
99646731     +Christy Scattarella,   7515 SW 32nd Ave.,   Portland, OR 97219-1864
99646670     +Chuck Jones,   3395 W. Garden View Ave.,   Portland, OR 97225-3547
99646627     +Clean Copy,   1704 SW Broadway Ave.,   Portland, OR 97201-3296
99646629     +Colormation,   4488 NW Yeon Ave.,   Portland, OR 97210-1430
99646630     +Comcast Cable Communications, Inc.,   PO Box 34227,   Seattle, WA 98124-1227
99646631     +Constellation Wines,   3341 Sage Brush Trail,   Plano, TX 75023-5633
99646635     +Counterform,   10121 NW Fleetwood Dr.,   Portland, OR 97229-5282
99646685      Dan Livingston,   1480 Hemlock St,   Lake Oswego OR 97034-6016
99646621      Dave Carey,   4022 Dawson Trail,   Georgetown, TX 78633
99646606     +Dave and Lynn Bangsund,   800 NW Westover Square,   Portland, OR 97210-3100
99646697     +Dave and Teresa Newton,   7115 SE 36th Ave.,   Portland, OR 97202-8327
99646637     +Dept. of Consumer Business Services,   Fiscal Section,   350 Winter Street, NE #300,
               Salem, OR 97310-0001
99646638     +Deschutes Brewery, Inc.,   901 SW Simpson Ave.,   Bend, OR 97702-3118
99646639     +Diane Vines,   7101 SE 36th Ave.,   Portland, OR 97202-8327
99646640     +Documart,   101 SW Main St.,   Portland, OR 97204-3209
99646733     +Don and Holly Schoenbeck,   3426 SE Crystal Springs Blvd.,   Portland, OR 97202-8428
99646603     +Dr. Ron Arndt,   33426 Liberty Pkwy.,   North Ridgeville, OH 44039-2670
99646727     +Dr. Sharon Richie-Melvan,   13 N. Archwood,   Inverness, FL 34450-2522
99646686     +Drs. Matthew and Patricia Maberry,   17340 SW Augusta Lane,   Beaverton, OR 97006-4323
99646729     +Duncan Robertson,   3520 SE Harold Ct.,   Portland, OR 97202-4344
99646643     +Elavon Settlement Recovery,   PO Box 86,   Minneapolis, MN 55486-0086
99646644     +Elevan Settlement Group,   PO Box 86,   SDS 12-2291,   Minneapolis, MN 55486-0086
99646645      Foley Wines,   6121 E. Highway 26,   Lompoc, CA 93436
99646648     +Fred Beverages, Inc.,   2633 Lincoln Blvd, #536,   Santa Monica, CA 90405-4619
99646649     +Frette Hotel Division,   Four West 58th Street, Floor #5,   New York, NY 10019-2515
99646650     +Fullfillment Corp.,   11065 SW 11th St., #300,   Beaverton, OR 97005-4458
99646721     +Gary Rainier Puetz,   PO Box 888,   Camas, WA 98607-0888
99646694     +Greg and Becky Mowe,   7435 SE 19th Ave.,   Portland, OR 97202-6202
99646659     +Hess Collection,   4411 Redwood Rd.,   Napa, CA 94558-9708
99646660     +Hooters of America,   1815 The Exchange,   Atlanta, GA 30339-2027
99646664      Indigo Tiger Design,   3647 SW Ogden St.,   Portland, OR 97202
99646665     +Ingram Publisher Services Inc,   One Ingram Blvd.,   La Vergne, TN 37086-3629
99646668     +Janet Filips,   2374 NW Kearney St.,   Portland, OR 97210-3016
99646708     +Jennifer Palmquist,   1211 SW 5th Ave., #2330,   Portland, OR 97204-3729
99646713     +Jennifer Pietka,   3344 NE Klickitat Street,   Portland, OR 97212-2668
99646695     +Jennifer Waiver Neist,   6858 SE Langwood St.,   Hillsboro, OR 97123-6021
99646632     +Jim Coonan,   11659 SW Military Rd.,   Portland, OR 97219-8327
99646712     +Jim Peterson,   8335 SE 17th Ave.,   Portland, OR 97202-7306
99646737      Joe Spooner,   7630 SE Clinton St.,   Portland, OR 97206
99646734     +John Skinner,   4092 Penny Dr. South,   Salem, OR 97302-6152
99646661     +John and Susan Hoover,   2940 SE Bybee,   Portland, OR 97202-8738
99646673      Joni Kabana,   1618 SW 36th Ave.,   Portland, OR 97214
99646671     +Jordan Schrader,   Two Centerpointe Dr., 6th Floor,   Lake Oswego, OR 97035-8619
99646672     +Jordan Vineyard & Winery,   Attn: Ron Kampel, CFO,   PO Box 878,   Healdsburg, CA 95448-0878
99646726      Josh and Sarah Reynolds,   8042 SE 32nd,   Portland, OR 97202
```

```
99646654      +Karen Hawkins,   3344 NE Tillamook,   Portland, OR 97212-5153
99646662      +Kathleen Reedy Howard,   9337 N. Charleston Ave.,   Portland, OR 97203-2203
99646674      +Kell Alterman & Runstein LLP,   520 SW Yamhill,   Suite 600,   Portland, OR 97204-1329
99646633      +Kevin Corcoran,   9095 Gatestone Rd.,   North Ridgeville, OH 44039-6394
99646675      +Key Bank,   PO Box 94831,   Cleveland, OH 44101-4831
99646676      +Key Bank Mastercard,   PO Box 790408,   Saint Louis, MO 63179-0408
99646677      +Key Bank National Association,   1211 SW 5th Ave #1900,   Portland, OR 97204-3719
99646678      +Key Merchants,   7300 Chapmany Hwy,   Knoxville, TN 37920-6612
99646753      +Kim Warren,   4460 South 2700 East,   Salt Lake City, UT 84124-3787
99646679       Kimpton Hotels & Restaurants,   222 Kerny Street, Suite 200,   San Francisco, CA 94108
99646680      +King Estate Winery,   80854 Territorial Rd.,   Eugene, OR 97405-9715
99646682      +Kobrand Wines,   One Manhattenville Rd.,   Purchase, NY 10577-2126
99646663      +Kristin Howe,   3611 SE 15th Ave.,   Upper Unit,   Portland, OR 97202-3880
99646646      +Laura O. Foster,   14355 NW McNamee Rd.,   Portland, OR 97231-2131
99646628      +Leslie Cole,   2412 NE 17th Ave.,   Portland, OR 97212-4236
99646684      +Liberty Underwriters,   Superior Access Ins. Services, Inc.,
                6500 River Place, Bldg. S, Suite 100,   Austin, TX 78730-1119
99646752      +Lois A Waldron,   4715 SE 32nd Ave.,   Portland, OR 97202-3407
99646669      +Lynn Johnston,   212 Oswego Summit,   Lake Oswego, OR 97035-1076
99646687      +Majestic Fine Wines,   425 Aviation Blvd.,   Santa Rosa, CA 95403-1069
99646688      +Maraschino Cherry Association Program,   PO Box 76,   Old Mission, MI 49673-0076
99646647      +Marilyn Fransham,   401 NE 365th Ave.,   Corbett, OR 97019-9686
99924029      +Mark & Marilyn Fransham,   401 NE 365th Ave,   Corbett OR 97019-9686
99646689      +McAfee,   PO Box 60157,   Los Angeles, CA 90060-0157
99646613     +#Michelle Blair,   3260 SW 98th Ave.,   Portland, OR 97225-2927
99646690      +Michelle McCann,   1025 SE Lexington St.,   Portland, OR 97202-6337
99646742      +Michelle Trappen,   35490 NW Wren Rd.,   Cornelius, OR 97113-6338
99646655      +Mildred Hawkins,   3155 SE 15th Ave.,   Albany, OR 97322-6962
99646693      +Moet Hennessy,   85 10th Ave., Second Floor,   New York, NY 10011-4753
99646698      +NIAD,   c/o Deb Dyer,   551 23rd Street,   Richmond, CA 94804-1626
99646716      +Nancy Ponzi,   14665 SW Winerly Lane,   Beaverton, OR 97007-8773
99917041      +National Institute of Art & Disabilities,   551 23rd St,   Richmond CA 94804-1626
99646700      +Oregon Attorney General,   John Kroger,   Department of Justice,   1162 Court Street NE,
                Salem, OR 97301-4096
99646701      +Oregon Department of Agriculture,   635 Capital St. NE,   Salem, OR 97301-2568
99646704       Oregon Employment Department,   875 Union Street NE,   Salem, OR 97309
99646705      +Oregon Entrepreneurs Network,   50 West Main St, Suiet 8100,   Rochester, NY 14614-1293
99646706      +Oregon Fruit Products Company,   150 Patterson Street NW,   PO Box 5283,   Salem, OR 97304-0283
100010865     +Patricia Brown aka Tricia Brown,   31330 New Kirk Rd,   Scappoose, OR 97056-2215
99646714      +Plus Minus,   615 8th Street,   Oregon City, OR 97045-1939
99646715      +Polara Studios,   614 SE Hawthorne,   Portland, OR 97214-3558
99646718      +Print Sync, Inc.,   6775 SW 111th Ave.,   Beaverton, OR 97008-5382
99646719      +Proximo,   333 Washington Street, 4th Floor,   Jersey City, NJ 07302-3066
99646720       Prudential Life Insurance,   677 SW 11th Ave., Suite 10,   Beaverton, OR 97008
99646724      +Rebar & Associates,   4727 44th SW, Suite 201,   Seattle, WA 98116-4467
99646725       Retain Merchandise Xpress,   PO Box 31001-1691,   Pasadena, CA 91110-1691
99646732      +Rich Schafer,   7448 SW Hunt Club Drive,   Portland, OR 97223-3413
99646656      +Richard Hawkins,   1901 S. Union Ave. B-7005,   Tacoma, WA 98405-1807
99646707      +Richard Lee Owsiany,   5010 SE Lake Rd.,   Milwaukie, OR 97222-4749
99646620      +Roger A Capps,   3009 SE Lambert St,   Portland, OR 97202-8566
99646739      +Ron Teerlinck,   PO Box 15284,   Portland, OR 97293-5284
99646730      +Rose City Labels,   7235 SE Label Lane,   Portland, OR 97206-9339
99646657      +Ross Hawkins,   7101 SE 36th Ave.,   Portland, OR 97202-8327
99646728      +Samuel Robb,   1134 SW Jefferson, Apt. 308,   Portland, OR 97201-3399
99646634      +Sara Cotton,   1211 SW Fifth Ave., Suite 1900,   Portland, OR 97204-3719
99646735      +Skyy Spirits,   One Beach Street, Suite 300,   San Francisco, CA 94133-1228
99646736       Sokol Blosser,   5000 Sokol Blosser Lane,   Dundee, OR 97115
99646641      +Steve Duin,   4104 Ochard Way,   Lake Oswego, OR 97035-1842
99646709      +Steve Palodichuk,   1005 W. 8th St.,   Vancouver, WA 98660-3010
99646741      +Tillamook Cheese Co.,   4175 Hwy 101 N.,   Tillamook, OR 97141-7770
99646602      +Tom Arenz,   Brownstein Rask,   1200 SW Main St.,   Portland, OR 97205-2040
99646624     +#Tom Chilemmi,   12 Wood Hollow Lane,   Northport, NY 11768-2705
99646617      +Tricia Brown,   31330 New Kirk Rd.,   Scappoose, OR 97056-2215
99646744      +UPS,   1327 Tacoma Street,   Portland, OR 97202-6639
99646745      +US Attorney,   Karin Immergut,   1000 SW Third Avenue,   #600,   Portland, OR 97204-2936
99646746      +US Attorney General,   Eric H. Holder, Jr.,   Department of Justice,   10th and Constitution NW,
                Washington, DC 20530-0001
99972344     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   ELAN FINANCIAL SERVICES,   AS SERVICER FOR KEYBANK NA CONV SMAL,
                BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,   CINCINNATI, OH 45201-5229)
99646747      +US Yellow Pages,   PO Box 41308,   Jacksonville, FL 32203-1308
99646743      +University Club,   1225 SW 6th Ave.,   Portland, OR 97204-1099
99646681      +Vicki Knapton,   222 SE 5th Ave.,   Hillsboro, OR 97123-4127
99646710      +Victor Panichkul,   5842 Ballymeade St. SE,   Salem, OR 97306-9016
99646749      +Vine Connections,   One Harbor Drive, Suite 112,   Sausalito, CA 94965-1433
99646751      +Vranken USA,   145 West 45th Street, Suite 1001,   New York, NY 10036-4032
99646754      +Wells Fargo,   7412 Jefferson St. NE,   Albuquerque, NM 87109-9313
99646755       Whiz Group,   Unit B, 2/F Sunview Industrial Bldg,   3 On Yip Street,   Chiawan, Hong Kong
99646642      +e-works,   1620 NW Bridgeway Lane,   Beaverton, OR 97006-3289
```

District/off: 0979-3          User: rick              Page 3 of 5              Date Rcvd: Feb 01, 2013
                             Form ID: pdf018          Total Noticed: 158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
99646740        E-mail/Text: bankruptcy@portlandoregon.gov Feb 02 2013 02:31:32      The City of Portland,
                1120 SW 5th Ave., Room 1250,    Portland, OR 97204
99646619       +E-mail/Text: w.chaffin@capitalcreditinc.com Feb 02 2013 03:01:35
                Capital Credit and Collection Srv., Inc.,   10200 SW Eastridge St., Suite 201,
                Portland, OR 97225-5029
99646626        E-mail/Text: bankruptcy@portlandoregon.gov Feb 02 2013 02:31:32      City of Portland,
                City Attorney's Office,   1211 SW 4th Avenue,   Room 430,   Portland, OR 97204
99646636       +E-mail/Text: bknotices@mbandw.com Feb 02 2013 04:42:03      De Lage Laden,
                c/o McCarthy, Burgess, & Wolff,   26000 Canon Rd.,   Bedford, OH 44146-1807
99646666        E-mail/Text: cio.bncmail@irs.gov Feb 02 2013 02:27:52      Internal Revenue Service,
                Special Procedures,   1220 SW Third Avenue,   M/S 0240,   Portland, OR 97204
99646667        E-mail/Text: cio.bncmail@irs.gov Feb 02 2013 02:27:52      Internal Revenue Service,
                Insolvency Unit,   PO Box 21126,   Philadelphia, PA 19114
99646691       +E-mail/Text: bknotices@mbandw.com Feb 02 2013 04:42:03      McCarthy & Burges,   26000 Canon Rd.,
                Bedford, OH 44146-1807
99916674        E-mail/Text: bankruptcy.revenue@dor.state.or.us Feb 02 2013 02:31:11      ODR Bkcy,
                955 Center St NE,    Salem OR 97301-2555
99646702        E-mail/Text: bankruptcy.revenue@dor.state.or.us Feb 02 2013 02:31:11
                Oregon Department of Revenue,    PO Box 14725,   Salem, OR 97309-5018
99646703        E-mail/Text: bankruptcy.revenue@dor.state.or.us Feb 02 2013 02:31:11
                Oregon Department of Revenue - Bkcy,   955 Center Street NE,   Room 353,   Salem, OR 97301-2555
99646722       +E-mail/Text: bklaw@centurylink.com Feb 02 2013 02:36:13     Qwest,   PO Box 91155,
                Seattle, WA 98111-9255
99646748       +E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 02 2013 02:48:05      Verizon Wireless,
                PO Box 660108,   Dallas, TX 75266-0108
                                                                                 TOTAL: 12

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
99646597        Arnica Publishing, Inc.
99646658        Michael Henderson,  1 Blyth Court,   West ward Ho, North Devon,   EX39 1XF
99646750*      +Diane Vines,   7101 SE 36th Ave.,   Portland, OR 97202-8327
99646608      ##+Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
99646723      ##+Dan Raley,   832 Potomac Rd.,   Atlanta, GA 30338-6974
99646738      ##+James Stuart,   6302 SE Lincoln St.,   Portland, OR 97215-4077
99646652      ##+Jason Paul Greer,   2011 36th St.,   Missoula, MT 59801-8833
99646683      ##+John Lalor,   526B 13 Street SE,   Washington, DC 20003-2297
99646711      ##+Robert Parsons,   7219 SE 28th Ave.,   Portland, OR 97202-8712
                                                                          TOTALS: 2, * 1, ## 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2013**                    **Signature:**        _Joseph Speetjens_

District/off: 0979-3          User: rick              Page 5 of 5              Date Rcvd: Feb 01, 2013
                             Form ID: pdf018          Total Noticed: 158


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2013 at the address(es) listed below:
NONE.                                                                              TOTAL: 0

**DISTRICT OF OREGON**

**F I L E D**

**February 01, 2013**

**Clerk, U.S. Bankruptcy Court**

IT IS ORDERED AND NOTICE IS GIVEN that unless within 23 days of the date in the FILED stamp above an interested party BOTH:  (1) files a written objection to the Motion below, SETTING FORTH the specific grounds for such objection, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with 3 or 4, at 1001 SW 5th Ave. #700, Portland OR 97204; OR, if it begins with a 6 or 7, at 405 E 8th Ave #2600, Eugene OR 97401), AND (2) serves a copy on the movant and any attorney for the movant at the service address(es) below, the movant will thereafter settle and compromise the matter upon the terms below and the settlement will be deemed approved without further order.

_____

TRISH M. BROWN

U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | ) |
| **Arnica Publishing Inc.** | ) Case No. **11-40925-tmb7** |
| | ) |
| | ) MOTION AND NOTICE OF INTENT |
| | ) TO SETTLE AND COMPROMISE, |
| | ) **AND ORDER THEREON** |
| Debtor(s) | ) |

The undersigned trustee, _____**Amy Mitchell**_____, moves to settle and compromise the following described dispute upon the following terms:

**The Trustee proposes to enter into a Joint Prosecution and Settlement Agreement (the "Agreement") with Duncan Robertson, Dave Newton, and any other similarly situated individual creditors who agree to its terms (the "Creditor Group").  The individuals in the Creditor Group loaned the Debtor substantial sums specifically intended to fund the Debtor's project to publish and sell to Costco Wholesale Corporation a McCormick & Schmick's Cookbook/Gift Card/DVD package for the 2008 holiday season (the "2008 Costco Project").  McCormick & Schmick's Seafood Restaurants, Inc. and/or its affiliate(s) ("M&S") allegedly misappropriated the 2008 Costco Project and its proceeds from the Debtor for little or no consideration.  Then, in 2009, M&S purportedly obtained a global release from the Debtor of any and all claims against M&S, again for no consideration (the "Release").**

**The Trustee, on behalf of the Estate, and the Creditor Group believe that they have valuable claims against M&S, including but not limited to claims arising from the 2008 Costco Project and the Release, and possibly additional valuable claims arising out of or related to the 2008 Costco Project and the Release that may be asserted against other parties (collectively the "Claims").  The Trustee contends that the claims of the Estate are broader and more expansive than the claims of the Creditor Group and, as a result of the Debtor's bankruptcy case, supersede the Creditor Group's claims.  However, the Estate does not have the funds to effectively prosecute the Claims.  Therefore, the Trustee and the Creditor Group wish to settle the dispute and "pool" and jointly prosecute the Claims.  Accordingly, in exchange for a non-refundable payment of $15,000 to the Estate (receipt of which is hereby acknowledged); paying the greater of the first $25,000 or 10% of any net recovery**

761.2 (12/18/06) **Page 1 of 2**          **\*\*\* CONTINUED ON NEXT PAGE \*\*\***

(i.e., after payment of fees and costs, including reimbursement to the Creditor Group of the fees and costs advanced); subordinating their proofs of claims to all other creditors; indemnifying and holding the Estate harmless from any claims or damages arising from the Agreement or the Claims; and fully funding the costs and fees and otherwise bearing all risk of the litigation of the Claims, including all claims of the Estate – the Creditor Group shall receive the remainder of the net recovery of the litigation.

The Creditor Group shall manage the day-to-day prosecution of the Claims, with oversight by the Trustee. However, the Trustee shall continue to hold all rights to the claims of the Estate and shall have sole and exclusive authority to settle the Claims, subject to notice to creditors and approval of the Court.

The Trustee believes that, in her business judgment, the proposed joint prosecution agreement is reasonable, fair and equitable, and in the best interests of the Estate. The Estate does not have the resources to advance the fees and costs of litigation with M&S, and the Trustee expects the Claims will be strongly contested. This agreement provides a guaranteed recovery of $15,000, with a share of the net proceeds.

### 

DATE:    1/31/13                          /s/ Amy Mitchell
                                                            Trustee

Service Address:    POB 2289

                              Lake Oswego, OR  97035

Name of Attorney for Trustee:    Justin D. Leonard of McKittrick Leonard LLP

Service Address:    111 SW Columbia, Suite 1100, Portland, OR 97201

                              Portland, OR  97201  (email: JLeonard@ML-LPP.com)